IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JOHN D. WILLIAMS, | § | |
| | § | |
| Defendant Below, | § | No. 83, 2020 |
| Appellant, | § | |
| | § | |
| v. | § | Court Below–Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID No.  1512015721A (N) |
| Plaintiff Below, | § | |
| Appellee. | § | |
| | § | |

Submitted: February 5, 2021
Decided:  March 30, 2021

Before **SEITZ**, Chief Justice; **VALIHURA** and **VAUGHN**, Justices.

# **O R D E R**

After careful consideration of the parties' briefs and the Superior Court record, we find it evident that the judgment below should be affirmed on the basis of and for the reasons assigned in the Superior Court's January 27, 2020 order denying the appellant's motion for postconviction relief.[1]  The Superior Court correctly held that the appellant's arguments concerning the constitutionality of the traffic stop that led to his arrest were procedurally barred.[2]  Consequently, and contrary to the

---

[1] *State v. Williams*, 2020 WL 467938 (Del. Super. Ct. Jan. 27, 2020).

[2] *Id.*, at *2-3.

appellant's argument on appeal, postconviction counsel was not ineffective for failing to advance those arguments in the Superior Court.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice